IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILIP COURTNEY, As Husband of GLORIA COURTNEY, | ) ) ) | |
| Plaintiff, | ) ) | 8:07cv12 |
| vs. | ) ) | ORDER |
| ZURICH AMERICAN INSURANCE CO., | ) ) | |
| Defendant. | ) | |

This matter came before the court for a Rule 16 planning conference. Counsel for the parties appeared telephonically. Tyler J. Pettit represented the plaintiff and Michael Reisbig represented the defendant. Counsel advised the court that they are experiencing discovery issues. Therefore,

**IT IS ORDERED:**

1. Any motions to compel shall be filed on or before **July 23, 2007.**

2. Following ruling on the motions, the Court will set a Rule 16 conference.

Dated this 25th day of June 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge