# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILIP COURTNEY, as husband of GLORIA COURTNEY, ) ) ) Plaintiff, ) ) vs. ) ) ) ZURICH AMERICAN INSURANCE ) COMPANY, ) ) Defendant. ) | 8:07CV12  ORDER |

Upon review of the file,

**IT IS ORDERED** that defendant's Motion to Stay Discovery and Deadlines [31] is granted, in part, as follows:

1. All progression order deadlines are suspended pending the court's ruling on defendant's Motion for Summary Judgment [27].

2. Plaintiff is given until and including **September 27, 2007** to respond to the summary judgment motion. Defendant shall file any reply brief no later than **October 4, 2007.**

DATED September 13, 2007.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**