IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILIP COURTNEY, as husband of GLORIA COURTNEY,<br><br>        Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Defendant. | Case No. 8:07cv12<br><br>**AMENDED ORDER** |

Upon notice of settlement given to the magistrate judge by Michael Reisbig, counsel for defendant,

**IT IS ORDERED:**

1. On or before **March 5, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F. A. Gossett, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for February 27, 2008, is cancelled upon the representation that this case is settled.

Dated this 6th day of February 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge