# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PHILIP COURTNEY, as husband of GLORIA COURTNEY,** ) ) ) | |
| **Plaintiff,** ) ) | **8:07CV12** |
| vs. ) ) | **ORDER OF DISMISSAL** |
| **ZURICH AMERICAN INSURANCE COMPANY,** ) ) ) | |
| **Defendant.** ) | |

Pursuant to the parties' written Stipulation for Dismissal with Prejudice [40], the above-entitled cause is hereby forever dismissed, with prejudice, each party to pay their own costs, complete record waived.

**DATED February 11, 2008.**

                                      **BY THE COURT:**

                                      **s/ F.A. Gossett**
                                      **United States Magistrate Judge**